# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FELLOWS, DAVID E § | Case No. 09-29597 |
|         FELLOWS, GERI M § | |
|  § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/18/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/14/2011         By:  /s/DEBORAH K. EBNER
                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FELLOWS, DAVID E § Case No. 09-29597
FELLOWS, GERI M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 512,509.40 |
| *and approved disbursements of* | $ 283,506.93 |
| *leaving a balance on hand of* [1] | $ 229,002.47 |
| **Balance on hand:** | $ 229,002.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 229,002.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 16,000.00 | 0.00 | 16,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 5.52 | 0.00 | 5.52 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 16,005.52 |
| Remaining balance: | $ 212,996.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 212,996.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 212,996.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,985.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,384.32 | 0.00 | 14,384.32 |
| 2 | Chase Bank USA NA | 14,847.42 | 0.00 | 14,847.42 |
| 3 | Chase Bank USA NA | 12,462.80 | 0.00 | 12,462.80 |
| 4 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | 4,072.09 | 0.00 | 4,072.09 |
| 5 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | 7,761.14 | 0.00 | 7,761.14 |
| 6 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | 9,152.46 | 0.00 | 9,152.46 |
| 7 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | 12,130.56 | 0.00 | 12,130.56 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | 20,175.12 | 0.00 | 20,175.12 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 94,985.91 |
| Remaining balance: | $ 118,011.04 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 118,011.04 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 118,011.04 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $641.40. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 117,369.64.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps                 Page 1 of 1                  Date Rcvd: Jan 18, 2011
Case: 09-29597                Form ID: pdf006             Total Noticed: 16

The following entities were noticed by first class mail on Jan 20, 2011.
db/jdb        +David E Fellows,   Geri M Fellows,    710 Laura Avenue,   Shorewood, IL 60404-9388
aty           +Ronald D Cummings,   Law Office of Ronald D Cummings,    121 Springfield Avenue,
                Joliet, IL 60435-6561
tr            +Deborah Kanner Ebner,   11 E Adams St,    Suite 904,   Chicago, IL 60603-6306
14310893      +Americas Servicing Co,   Attention: Bankruptcy,    1 Home Campus,   Des Moines, IA 50328-0001
14310894      +Bac / Fleet Bankcard,   Po Box 26012,    Greensboro, NC 27420-6012
14310896      +Bank Of America,   Pob 17054,    Wilmington, DE 19884-0001
14310899     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
14310900      +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,    Kennesaw, GA 30156-9204
14310901      +Chase - Cc,   Attention: Bankruptcy Department,    Po Box 15298,   Wilmington, DE 19850-5298
16024170       Chase Bank USA NA,   PO BOX 15145,    Wilmington, DE 19850-5145
14310904      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,    Carol Stream, IL 60197-5253
14310906      +Unvl/citi,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
The following entities were noticed by electronic transmission on Jan 19, 2011.
15989257       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2011 02:10:56      Discover Bank,
                Dfs Services LLC,   PO Box 3025,    New Albany, OH 43054-3025
14310903      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2011 02:10:56      Discover Fin Svcs Llc,
                Po Box15316,   Wilmington, DE 19850-5316
16388163       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2011 13:20:55
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
14310905      +E-mail/PDF: cr-bankruptcy@kohls.com Jan 19 2011 02:01:06      Kohls,   Attn: Recovery,
                Po Box 3120,   Milwaukee, WI 53201-3120
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Matthew G Bertani,   Sabuco Beck Hanson Schrock & Bertani PC
14310902       Citifinancial,   Regional Specific please call 800-922-62
aty*          +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,    Chicago, IL 60603-6306
14310895*     +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14310897*     +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
14310898*     +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
                                                                                            TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 20, 2011**              **Signature:**       *Joseph Speetjens*