## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: Fellows, David
FELLOWS, GERI M

Case No. 09-29597

Chapter   7

_____,
Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  $56,820.00

Total Distribution to Claimants: $99,926.17

Claims Discharged
Without Payment: $72,201.00

Total Expenses of Administration:  $195,282.45

3)  Total gross receipts of $   512,524.07   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   217,315.45   (see **Exhibit 2**), yielded net receipts of $295,208.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,180.00 | $4,230.00 | $4,230.00 | $4,230.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 195,282.45 | 195,282.45 | 195,282.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 132,923.00 | 95,696.17 | 95,696.17 | 95,696.17 |
| **TOTAL DISBURSEMENTS** | $341,103.00 | $295,208.62 | $295,208.62 | $295,208.62 |

4)  This case was originally filed under Chapter 7 on August 12, 2009. The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/26/2011_____  By:_ /s/DEBORAH K. EBNER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto acccident 8-24-99 lawsuit being handled by | 1210-000 | 512,500.00 |
| Interest Income | 1270-000 | 24.07 |
| **TOTAL GROSS RECEIPTS** | | **$512,524.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Geraldine Fellows | Structured settlement. | 8500-002 | 85,000.00 |
| Geradine Fellows | Exemption | 8100-002 | 15,000.00 |
| Fellows, Geraldine | Dividend paid 100.00% on $117,315.45; Claim# SURPLUS; Filed: $117,315.45; Reference: | 8200-000 | 117,315.45 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$217,315.45** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Americas Servicing Co | 4110-000 | 208,180.00 | N/A | N/A | 0.00 |
| | Farmers Insurance | 4220-000 | N/A | 3,590.00 | 3,590.00 | 3,590.00 |
| | Dr. Robert Berry | 4220-000 | N/A | 640.00 | 640.00 | 640.00 |
| **TOTAL SECURED CLAIMS** | | | **$208,180.00** | **$4,230.00** | **$4,230.00** | **$4,230.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 16,000.00 | 16,000.00 | 16,000.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 5.52 | 5.52 | 5.52 |
| Sabuco, Beck Hansen, Schroock & Bertani PC | 3210-600 | N/A | 170,833.33 | 170,833.33 | 170,833.33 |
| Sabuco, Beck Hansen, Schroock & Bertani PC | 3220-610 | N/A | 8,443.60 | 8,443.60 | 8,443.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 195,282.45 | 195,282.45 | 195,282.45 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,436.00 | 14,384.32 | 14,384.32 | 14,384.32 |
| 1I | Discover Bank | 7990-000 | 0.00 | 107.56 | 107.56 | 107.56 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 14,847.42 | 14,847.42 | 14,847.42 |
| 2I | Chase Bank USA NA | 7990-000 | N/A | 111.02 | 111.02 | 111.02 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 12,462.80 | 12,462.80 | 12,462.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Chase Bank USA NA | 7990-000 | N/A | 93.19 | 93.19 | 93.19 |
| 4 | Fia Card Services, NA/BOA, American Infosource Lp As | 7100-000 | 3,568.00 | 4,072.09 | 4,072.09 | 4,072.09 |
| 4I | Fia Card Services, NA/BOA, American Infosource Lp As | 7990-000 | 0.00 | 30.45 | 30.45 | 30.45 |
| 5 | Fia Card Services, NA/BOA, American Infosource Lp As | 7100-000 | 6,981.00 | 7,761.14 | 7,761.14 | 7,761.14 |
| 5I | Fia Card Services, NA/BOA, American Infosource Lp As | 7990-000 | 0.00 | 58.03 | 58.03 | 58.03 |
| 6 | Fia Card Services, NA/BOA, American Infosource Lp As | 7100-000 | 8,228.00 | 9,152.46 | 9,152.46 | 9,152.46 |
| 6I | Fia Card Services, NA/BOA, American Infosource Lp As | 7990-000 | 0.00 | 68.44 | 68.44 | 68.44 |
| 7 | Fia Card Services, NA/BOA, American Infosource Lp As | 7100-000 | 10,720.00 | 12,130.56 | 12,130.56 | 12,130.56 |
| 7I | Fia Card Services, NA/BOA, American Infosource Lp As | 7990-000 | 0.00 | 90.71 | 90.71 | 90.71 |
| 8 | Fia Card Services, NA/BOA, American Infosource Lp As | 7100-000 | 18,789.00 | 20,175.12 | 20,175.12 | 20,175.12 |
| 8I | Fia Card Services, NA/BOA, American Infosource Lp As | 7990-000 | 0.00 | 150.86 | 150.86 | 150.86 |
| NOTFILED | Citifinancial Regional Specific please call | 7100-000 | 12,287.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 10,991.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 12,734.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 12,151.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 2,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 21,096.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 132,923.00 | 95,696.17 | 95,696.17 | 95,696.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29597

**Case Name:** Fellows, David
FELLOWS, GERI M

**Period Ending:** 05/26/11

**Trustee:** (330480)   DEBORAH K. EBNER

**Filed (f) or Converted (c):** 08/12/09 (f)

**§341(a) Meeting Date:** 09/23/09

**Claims Bar Date:** 11/09/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 710 Laura Avenue, Shorewood | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Harris | 600.00 | 0.00 | | 0.00 | FA |
| 3 | computer, tv, misc household items including org | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | necessary clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5 | jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 2 .22 caliber rifles, 2 shotguns, 2 pistols | 500.00 | 0.00 | | 0.00 | FA |
| 7 | union pension | Unknown | 0.00 | | 0.00 | 0.00 |
| 8 | 401 k | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Auto acccident 8-24-99 lawsuit being handled by  (u)<br>   Debtors both received their claims of exemption directly from the personal injury attorney. The wife received hers as an inclusion in the $100,000.00 structured settlement annuity listed on the settlement statement. The husband received his directly also. (Husband's entire award was less than his exemption, so he got his entire settlement directly.) | Unknown | Unknown | | 512,500.00 | FA |
| 10 | 1999 ford Explorer | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1991 Chrysler fifth avenue | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 24.07 | FA |
| 12 | **Assets**       **Totals** (Excluding unknown values) | **$237,500.00** | **$2,500.00** | | **$512,524.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed 1/14/2011

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015

**Current Projected Date Of Final Report (TFR):**   January 14, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-29597
**Case Name:** Fellows, David
FELLOWS, GERI M
**Taxpayer ID #:** **-***8144
**Period Ending:** 05/26/11

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******24-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/11/10 | | Sabuco, Beck, Hansen, Schrock & Bertani, CTA | Trustee Gross Settlement Proceeds = $512,500.00. See closing statement for distribution | | 228,993.07 | | 228,993.07 |
| | {9} | | 512,500.00 | 1210-000 | | | 228,993.07 |
| | | Sabuco, Beck Hansen, Schroock & Bertani PC | Legal fees       -170,833.33 | 3210-600 | | | 228,993.07 |
| | | Sabuco, Beck Hansen, Schroock & Bertani PC | Expenses       -8,443.60 | 3220-610 | | | 228,993.07 |
| | | Farmers Insurance | Lien       -3,590.00 | 4220-000 | | | 228,993.07 |
| | | Dr. Robert Berry | Lien       -640.00 | 4220-000 | | | 228,993.07 |
| | | Geraldine Fellows | Structured settlement.       -85,000.00 | 8500-002 | | | 228,993.07 |
| | | Geradine Fellows | Exemption       -15,000.00 | 8100-002 | | | 228,993.07 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.76 | | 228,996.83 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.64 | | 229,002.47 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.83 | | 229,008.30 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 5.83 | | 229,014.13 |
| 02/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | 1270-000 | 3.01 | | 229,017.14 |
| 02/17/11 | | To Account #9200******2466 | To close and disburse : hearing is tomorrow | 9999-000 | | 229,017.14 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **229,017.14** | **229,017.14** | **$0.00** |
| Less: Bank Transfers | 0.00 | 229,017.14 |
| **Subtotal** | **229,017.14** | **0.00** |
| Less: Payments to Debtors | | 15,000.00 |
| **NET Receipts / Disbursements** | **$229,017.14** | **$-15,000.00** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-29597
**Case Name:** Fellows, David
FELLOWS, GERI M
**Taxpayer ID #:** **-***8144
**Period Ending:** 05/26/11

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******24-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/11 | | From Account #9200******2465 | To close and disburse : hearing is tomorrow | 9999-000 | 229,017.14 | | 229,017.14 |
| 02/24/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $16,000.00, Trustee Compensation;  Reference: | 2100-000 | | 16,000.00 | 213,017.14 |
| 02/24/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $5.52, Trustee Expenses;  Reference: | 2200-000 | | 5.52 | 213,011.62 |
| 02/24/11 | 103 | Discover Bank | Dividend paid 100.00% on $107.56; Claim# 1I; Filed: $107.56; Reference: XXXXXXXX0085 | 7990-000 | | 107.56 | 212,904.06 |
| 02/24/11 | 104 | Chase Bank USA NA | Dividend paid 100.00% on $111.02; Claim# 2I; Filed: $111.02; Reference: | 7990-000 | | 111.02 | 212,793.04 |
| 02/24/11 | 105 | Chase Bank USA NA | Dividend paid 100.00% on $93.19; Claim# 3I; Filed: $93.19; Reference: | 7990-000 | | 93.19 | 212,699.85 |
| 02/24/11 | 106 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $30.45; Claim# 4I; Filed: $30.45; Reference: 563 | 7990-000 | | 30.45 | 212,669.40 |
| 02/24/11 | 107 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $58.03; Claim# 5I; Filed: $58.03; Reference: 9628 | 7990-000 | | 58.03 | 212,611.37 |
| 02/24/11 | 108 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $68.44; Claim# 6I; Filed: $68.44; Reference: 8249 | 7990-000 | | 68.44 | 212,542.93 |
| 02/24/11 | 109 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $90.71; Claim# 7I; Filed: $90.71; Reference: 084 | 7990-000 | | 90.71 | 212,452.22 |
| 02/24/11 | 110 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $150.86; Claim# 8I; Filed: $150.86; Reference: | 7990-000 | | 150.86 | 212,301.36 |
| 02/24/11 | 111 | Fellows, Geraldine | Dividend paid 100.00% on $117,315.45; Claim# SURPLUS; Filed: $117,315.45; Reference: | 8200-000 | | 117,315.45 | 94,985.91 |
| 02/24/11 | 112 | Discover Bank | Dividend paid 100.00% on $14,384.32; Claim# 1; Filed: $14,384.32; Reference: XXXXXXXX0085 | 7100-000 | | 14,384.32 | 80,601.59 |
| 02/24/11 | 113 | Chase Bank USA NA | Dividend paid 100.00% on $14,847.42; Claim# 2; Filed: $14,847.42; Reference: | 7100-000 | | 14,847.42 | 65,754.17 |
| 02/24/11 | 114 | Chase Bank USA NA | Dividend paid 100.00% on $12,462.80; Claim# 3; Filed: $12,462.80; Reference: | 7100-000 | | 12,462.80 | 53,291.37 |
| 02/24/11 | 115 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $4,072.09; Claim# 4; Filed: $4,072.09; Reference: 563 | 7100-000 | | 4,072.09 | 49,219.28 |
| 02/24/11 | 116 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $7,761.14; Claim# 5; Filed: $7,761.14; Reference: 9628 | 7100-000 | | 7,761.14 | 41,458.14 |
| 02/24/11 | 117 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $9,152.46; Claim# 6; Filed: $9,152.46; Reference: 8249 | 7100-000 | | 9,152.46 | 32,305.68 |
| 02/24/11 | 118 | Fia Card Services, NA/BOA, American Infosource Lp As Agent | Dividend paid 100.00% on $12,130.56; Claim# 7; Filed: $12,130.56; Reference: 084 | 7100-000 | | 12,130.56 | 20,175.12 |
| 02/24/11 | 119 | Fia Card Services, NA/BOA, | Dividend paid 100.00% on $20,175.12; Claim# | 7100-000 | | 20,175.12 | 0.00 |

Subtotals :           $229,017.14      $229,017.14

{} Asset reference(s)

Printed: 05/26/2011 09:34 PM      V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-29597 | |
| **Case Name:** Fellows, David | **Trustee:** DEBORAH K. EBNER (330480) |
| FELLOWS, GERI M | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******24-66 - Checking Account |
| **Taxpayer ID #:** **-***8144 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/26/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | American Infosource Lp As Agent | 8; Filed: $20,175.12; Reference: | | | | |

| | | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 229,017.14 | 229,017.14 | $0.00 |
| | Less: Bank Transfers | 229,017.14 | 0.00 | |
| | **Subtotal** | 0.00 | 229,017.14 | |
| | Less: Payments to Debtors | | 117,315.45 | |
| | **NET Receipts / Disbursements** | $0.00 | $111,701.69 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******24-65** | 229,017.14 | -15,000.00 | 0.00 |
| **Checking # 9200-******24-66** | 0.00 | 111,701.69 | 0.00 |
| | $229,017.14 | $111,701.69 | $0.00 |

{} Asset reference(s)

Printed: 05/26/2011 09:34 PM   V.12.56